# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD WRIGHT III,<br><br>        Plaintiff,<br><br>vs.<br><br>SGT. E. MURPHY, #6301; MATTHEW MYERS, C/O II, #8098; and DONOVAN JOHNSON, C/O I, #9188;<br><br>        Defendants. | **8:20CV407**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. Counsel for Defendants has informed the court that Plaintiff was released from the Douglas County Department of Corrections on May 3, 2021, at which time he was transferred to the Hall County Department of Corrections. Plaintiff has not notified the court of any changes to his address. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown and/or unconfirmed.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action *with prejudice* and without further notice to Plaintiff.

2. The clerk of the court is directed to send a copy of this Memorandum and Order to Plaintiff at the address on file with the court and at Hall County Department of Corrections, 110 Public Safety Drive, Grand Island, NE 68801.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **July 30, 2021**: check for address.

Dated this 30th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge