IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD WRIGHT III,<br><br>               Plaintiff,<br><br>     vs.<br><br>SGT. E. MURPHY, #6301; MATTHEW MYERS, C/O II, #8098; and DONOVAN JOHNSON, C/O I, #9188,<br><br>               Defendants. | **8:20CV407**<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On June 30, 2021, the court ordered (Filing 20) Plaintiff to apprise the court of his current address because counsel for the Defendants informed the court that Plaintiff was released from the Douglas County Department of Corrections on May 3, 2021, at which time he was transferred to the Hall County Department of Corrections. The order required Plaintiff to update his address within 30 days, cautioning that failure to do so would result in dismissal of this action without further notice to Plaintiff. The order was sent to both Plaintiff's address of record and the Hall County Department of Corrections.

Contrary to the court's order, Plaintiff has failed to notify the court of any changes to his address. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).

IT IS THEREFORE ORDERED that Plaintiff's claims against the Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 2nd day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge